1  J. KIRK DONNELLY (179401)
   kdonnelly@jkd-law.com
2  LAW OFFICES OF J. KIRK DONNELLY
   7668 El Camino Real, Suite 104-760
3  Carlsbad, CA 92009
   Tel. (760) 634-5700                                JS-6
4  Fax. (760) 634-5701

5  Class Counsel and Attorneys for Plaintiff
   and Class Representative Allie Mendoza

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIE MENDOZA, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION, ECC CAPITAL CORPORATION and DOES 2 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:08-cv-06916-JHN -CWx<br><br>JUDGMENT AND ORDER AS TO DEFENDANT ECC CAPITAL CORPORATION ONLY |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to Fed.R.Civ.P. 58, as to Defendant ECC Capital Corporation only, judgment is entered in <u>Allie Mendoza v. Bear Stearns Residential Mortgage Corporation, et al.</u>, Case No. CV08-006916 JHN, on the terms set forth in the Order Granting Final Approval of Class Action Settlement and Motion for Attorney's Fees, Costa and Representative Enhancement, dated June 8, 2010.

2. Pursuant to the Class Action Settlement Agreement between plaintiff Allie Mendoza and defendant ECC Capital Corporation, filed as part of Docket No.

49, and this Judgment, all individuals who were employed by Encore Credit Corp., a wholly-owned subsidiary of ECC Capital Corporation, in the positions of Account Executive, Junior Account Executive, and Assistant Account Executive, in the State of California between July 8, 2005 and February 9, 2007, are bound by this Judgment.

3. All Class Members are bound by the release and waiver set forth in Paragraph 19 of the Class Action Settlement Agreement, and this Judgment shall have the force and effect of res judicata as to them.

4. As of the Effective Date, all Class Members are hereby forever barred and enjoined from prosecuting the released claims against the Released Parties, as those terms are defined in Paragraph 19 of the Class Action Settlement Agreement.

5. Upon entry of this Judgment, all claims released in Paragraph 19 of the Class Action Settlement Agreement, are hereby dismissed with prejudice as to ECC Capital Corporation and the Released Parties.

6. The Court shall retain jurisdiction to hear settlement administration matters and other post-judgment matters as permitted by law.

IT IS SO ORDERED.

Dated: June 11, 2010

_____
United States District Judge

Approved as to Form:

PERKINS COIE LLP

_____
William P. Kannow
Steven C. Gonzalez
Attorneys for Defendant ECC
CAPITAL CORPORATION